Jimmy Lee Davis
18505 W. Bose Rd.
Stevinson, CA 95374



FILED
OCT -2 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 19 6304

Jimmy Lee Davis
 Plaintiff
 -vs-
FBI, Libby Beeler
Nancy A. Berryhill
& London Breed
 Defendants

Complaint:
Petition for
Writ of Injunction
To Stop Mayor Breed
From declining to
Remit Stolen Funds.
To litigant.

Comes now Jimmy Lee Davis pro se moving and motioning this Honorable Court of power and authority to entertain its complaint in the above captioned cause. - Requesting that all arms of the Federal Government herewith listed waive immunity from litigation in the interest of Justice and enumerates the following counterclaims in support of same:

Specification #1. Proceeding from allegations listed in Case No. CV-03419 litigant - After multitudes of the people have

Confirmed the obnoxious and ironic fact that the F.B.I., "House niggs" London Breed, SWAT Team, Her Retarded Son, and ghoulish cohorts have violated His Rights Guaranteed to Him under provisions of 42 U.S.C. 1983 Ratified in 1871 - By partaking in Attempted Murder, Elder Abuse, and Assault for no other reason than for the Mayor to have and possess His SSA and KI Back Payments Dating From the year 2004 up until 2012.

Specification #2. Currently, Ms. Breed is refusing to impliment the intent of His true and legal litigations - Exacerbating Her Criminal Demeanor - Feeling as though it was only Just and Fitting to fraudulently and maliciously Steal His Money. But More than that the Mayor made Statement to effect that F.B.I. Agents gave Her the Money - Aiding and Abetting in Commission of Crime.

Specification #3. Moreover it Has Been clearly disclosed that Judge Becker ordered undercovers to confiscate all of

litigant's back payments and remit them to London Breed - setting her up as the central culprit in the conspiratorial scheme of things. This was only after U.S. District Court Judge Libby Beeler had screamed aloud: "That's too much money to give him!! It would give him too much power!!!"

Specification #4. And then too, of course, it was precisely after Ms. Beeler had denied his litigation proceeding against "Page Publishing, Co, Inc." - located at 101 Tyrellan Avenue Staten Island, N.Y. Plaintiff's novel "Marine from Woodside" was botched by Page and eventually stolen and sold. litigant was not endowed with the financial wherewithal to file suit against said "Jewish" owned publishing company in the Superior Court of Staten Island; wherefore he elected to submit his complaint to U.S. District Court for the Northern District of CA; the suit was entertained by Libby Beeler - a Jewish Judge - to be inherently denied. Even though there

was a plethora of misspelled words in the syntax of the entire novel.

Specification #5. Afterwards litigant's back or retroactive SSA payments were fraudulently confiscated at behest of U.S. District Court Judge Libby Becker by FBI Agents and London Breed to preclude him from hiring the competent and effective assistance of counsel; what's more the system deplored seeing a Black man with that kind of money - as suggested by "Jewish" Judge Becker.

Specification #6. Virtually every day-after contention in specification evilly and criminally transpired - proliferation of propaganda was extremely rife and prevalent in the city of San Francisco that litigant was to aid and assist current mayor, Breed, in running the city; this was to camouflage fact that FBI and Libby Becker had confiscated plaintiff's SSA and SSI benefits - desiring for the mayor to control him.

Specification #7. As was made mention of in Case No:19-cv-03419 plaintiff utterly refused to make contact with ominous Mayor London Breed; what's more, after the conspiracy became a complete fiasco FBI undercovers and impostor Jews of the Jewish defamation league tried to kill litigant while walking on Embarcadero street, near pier 39.

Specification #8. Now plaintiff is vehemently contending that the United States Department of Justice and Libby Becker - sworn to administer equity - had initiated one of the most dastardly, malicious and blatant travesties of justices ever committed - via "House nigga" London Breed; that is, with the notable exception of their ancestors kidnapping, murdering, and enslaving over 100 million Black human beings.

Specification #9. Harking painfully and hatefully back, not only did the FBI, Jewish league, and London Breed violate his rights under provisions of 42 U.S.C. 1983 - but in effect denied

Plaintiff Every Right guaranteed to a Human Being - And Endeavored "desperately" To Kill Him For His own Money as well as Novel titled "Marine From Oceanside". But Currently They're Trying to Sweep it under a Rug as if it didn't Happen!

Specification #10. Ensuing The Egregious and indelible fact that FBI Agents and London Breed had Successfully Stolen plaintiff's SSA payments - They Confiscated His Identification Card - and Requested that DMV not Issue Him Another one - Even Though He Had applied for one 3 Consecutive Times - Making it virtually impossible for Him to Find a Stable and Comfortable place to live; it Culminated in Him sleeping on the streets - Where London Breed, Her Retarded, psychotic son, and Goolish Cohorts incessantly Tried To Kill Him - For The Better part of 4 Months - Commencing in June of 2018 - utilizing lethal weapons; Guns to be Exact.

Specification #11. Plaintiff was not able To Attain Another ID Card until Moving into His Nieces Home in Stevinson CA - Some 110 miles away from San Francisco.

Specification #12. Now plaintiff is bitterly and angrily contending that London Breed, the Mayor of San Francisco, is proudfully boasting to Black folks sporadically, "The FBI said I can keep his SSA back payments!"

Specification #13. As if to be a slave during the Antebellum years in the South - white aristocratic folks are constantly trying to dictate to London Breed as to where I should live - and to remain aloof from other Black folks - not minding their own business - in the same manner in which Libby Becker uttered the words, "That's too much money to give him! It would give him too much power!" Acting as if to be racist dirty bank rednecks during Black slavistic bondage. And London Breed - being the "We is sick boss" kind of house nigga follows suit - not minding her bulldoggin' business!!

Specification #14. To put a witch's seal on the theft of plaintiff's SSA back payments - London Breed dispatched her

Retarded, Happy Ass Head, Big Nose Soul over to 255 Woodside Avenue #307, His Ex-Fiancee's Residence and Apartment Unit, to Coax Her into Smoking Crack Cocaine. This was to insinuate that Merka Young, Plaintiff's Ex, Had stolen His SSA Back Payments Fraudulently and Clandestinely — and smoked it all up via Crack-Cocaine.

Specifications #15. Mind you Now, London Breed Plodded and Delved to discover Ms. Young's Whereabouts — located at 255 Woodside Avenue #307 — in order to set Her up as a Sacrificial lamb — After Confiscating His Funds.

Conclusion: Of late, Currently it Has Become a Tangible and Objective Reality That FBI Agents did Tell Mayor Breed She did not Have to indemnify plaintiff For His SSA and SSI Benefits they Had Aided and Abetted in Stealing — And 8Nes Libby Beelen Helped Her to Steal — a "Jewish" U.S. District Court Judge; one in which — By Right — should Have Been

consecrated to the veritable administration of Justice. But on the contrary, and because of Page Publishing Company, and litigation proceedings she presided over, her demeanor became diametrically opposite; she harbored no remorse over thieving Jews botching and stealing litigant's novel, reprinting it under a divergent title. Obviously Judge Beeler denied plaintiff's suit — and soon ordered "Jewish" management at Woodside Gardens to tell Mekki's Young he had to vacate aforesaid premises — in order to make it convenient for FBI and impostor Jews from the defamation league to kill him for his money and intellectual property.

As a last note: Virtually all citizens residing in the City of San Francisco acknowledges that rogue Mayor London Breed is a thief; To be sure, she is adamantly refusing to release or remit to litigant his own money. Wherefore at this time, like other times, he is respectfully requesting that this Honorable Court command the Mayor to indemnify him as stated in

His initial Complaint - and Balance The unbalanced Scales of Equity - Allowing Lady Justice to See with Both Eyes.

Respectfully Submitted
Jeremy L. Davis
litigant